NO. 12-14-00016-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB -5 2015
TYLER TEXAS
CATHY S. LUSK CLERK

JUAN ENRIQUEZ,
Appellant,

V.

RICK THALER, ET AL.,
Appellees,

ON DIRICT APPEAL FROM THE 3RD JUDICIAL DISTRICT
COURT OF ANDERSON COUNTY, TEXAS
TRIAL CAUSE NO. 3-41887

MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF FOR APPELLANT

TO THE HONDRABLE JUDGES OF SAID COURT:

JUAN ENRIQUEZ, APPELLANT, MOVES THE COURT FOR
AN EXTENSION OF TIME TO FEBRUARY 23, 2015, TO FILE
HIS REPLY BRIEF, SHOWING AS FOLLOWS:

I.

APPELLEES FILED THEIR BRIEF ON DECEMBER 22,
20,14. AT THAT TIME APPELLANT WAS SUFFERING FROM
ACUTE KIDNEY FAILURE AND COULD NOT FUNCTION ADEQUATEL
EITHER MENTALLY OR PHYSICALLY. ON JANUARY 13, 2015,

2

APPELLANT WAS ADMITTED AT JOHN SEALY HOSPITAL IN GALVESTON, TEXAS. HE WAS DISCHARGED ON JANUARY 21, 2015, AND RETURNED TO THE MICHAEL UNIT. APPELLANT IS CURRENTLY ON A CATHETER AND HIS BODY IS REMOVING TOXINS. APPELLANT REMAINS WEAK, HAVING LOST 35 POUNDS IN 20 DAYS, AND GROGGY. HE NEEDS THE ADDITIONAL TIME TO PREPARE HIS REPLY BRIEF.

## II. PRAYER

WHEREFORE, APPELLANT PRAYS THAT HE BE GRANTED AN EXTENSION UNTIL FEBRUARY 23, TO FILE HIS REPLY BRIEF. THIS IS THE FIRST EXTENSION REQUESTED.

VERY TRULY YOURS

JUAN ENRIQUEZ
227122
TDCJ-MICHAEL
2664 FM 2054
TENNESSEE COLONY, TX 75886

## CERTIFICATE OF SERVICE

I, JUAN ENRIQUEZ, CERTIFY THAT A CORRECT COPY OF THE FOREGOING MOTION WAS SERVED BY PLACING SAME IN THE U.S. MAIL, POSTAGE PREPAID, ON JANUARY 30, 2015, ADDRESSED TO BRIANA M. WEBB, ASSISTANT ATTORNEY GENERAL, P.O. BOX 12548, CAPITOL STATION, AUSTIN, TX 78711.